IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

---

**JEFF AND TANYA TURNER,**

    **Plaintiffs**

v.                                                                                           CA. NO.  1:13-cv-00010-DBH

**EXPERIAN INFORMATION SOLUTIONS, INC.**

and

**EQUIFAX INFORMATION SERVICES, LLC.**

and

**HSBC MORTGAGE SERVICES INC.**

    **Defendants**

---

### JOINT MOTION TO CONTINUE DATE TO FINALIZE SETTLEMENT BETWEEN PLAINTIFFS AND EQUIFAX INFORMATION SERVICES LLC BY ADDITIONAL THIRTY DAYS

On April 4, 2013 the Plaintiffs and Defendant Equifax Information Services LLC advised the Court that they had reached a settlement in the above matter.  This Court then ordered that the settlement be completed within thirty days and subsequently granted the parties an additional thirty days.  Due to unforeseen complications, which have been resolved, the settlement has taken longer than anticipated.  At this time the agreements are out to the parties for execution but have not yet been signed. Thus, Plaintiffs and Defendant Equifax Information Services LLC, through their respective counsel of record, hereby request a final thirty days in which to consummate the settlement in this matter and file a Stipulation of Dismissal.

| | |
|---|---|
| /s/ Andrea Bopp Stark<br>Andrea Bopp Stark<br>andrea@molleurlaw.com<br>Molleur Law Office<br>419 Alfred Street<br>Biddeford, ME 04005-3747<br>207-283-3777 | /s/ Seth S. Coburn<br>Seth S. Coburn<br>sscoburn@verrilldana.com<br>Verrill Dana LLP.<br>One Portland Square<br>P.O. Box 586<br>Portland, ME 04112-0586<br>Telephone: (207) 774-4000 |
| Elizabeth A. Miller<br>elizabethamiller@comcast.net<br>125 Summer Street, Suite 1030<br>Boston, MA 02110<br>Telephone: (617) 478-4914<br><br>*Attorneys for Plaintiffs Jeff and Tanya Turner* | Ian Edward Smith<br>iesmith@kslaw.com<br>King & Spalding LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309-3521<br>(404) 572-2565<br><br>*Attorneys for Defendant Equifax Information Services, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2013, I electronically filed a true and accurate copy of the above document using the CM/ECF system, which will send notification of such filing(s) to all registered parties:

/s/ Melissa A. Martin
Melissa A. Martin
melissa@molleurlaw.com
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777

Elizabeth A. Miller
elizabethamiller@comcast.net
125 Summer Street, Suite 1030
Boston, MA 02110

Telephone: (617) 478-4914

*Attorneys for Plaintiffs Jeff and Tanya Turner*