### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **JEFF AND TANYA TURNER,** | |
| **Plaintiffs** | |
| **v.** | **CA. NO.  1:13-cv-00010-DBH** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| **and** | |
| **EQUIFAX INFORMATION SERVICES, LLC.** | |
| **and** | |
| **HSBC MORTGAGE SERVICES INC.** | |
| **Defendants** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jeff and Tanya Turner, Defendant Equifax Information Services, LLC, Defendant Experian Information Solutions, Inc. and Defendant HSBC Mortgage Services, Inc., hereby stipulate that the above-referenced action is dismissed with prejudice as to Equifax Information Services, LLC and Equifax Information Services, LLC only.  Plaintiffs Jeff and Tanya Turner and Equifax Information Services, LLC are to bear their own legal fees and costs with respect to the claims Plaintiffs asserted against Equifax Information Services, LLC.

 /s/ *Elizabeth A. Miller*

Elizabeth A. Miller
elizabethamiller@comcast.net
125 Summer Street, Suite 1030
Boston, MA 02110
Telephone: (617) 478-4914

Andrea Bopp Stark
andrea@molleurlaw.com
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
Telephone: (207) 283-3777

*Attorneys for Plaintiffs Jeff and
Tanya Turner*

 /s/ *Seth S. Coburn*

Seth S. Coburn
sscoburn@verrilldana.com
Verrill Dana LLP.
One Portland Square
P.O. Box  586
Portland, ME  04112-0586
Telephone:  (207) 774-4000

Ian Edward Smith
iesmith@kslaw.com
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA  30309-3521
(404) 572-2565

*Attorneys for Defendant Equifax
Information Services, LLC*

 /s/ *Roger L. Smerage*

Roger L. Smerage
roger.smerage@klgates.com
Steven P. Wright
steven.wright@klgates.com
Andrew C. Glass
andrew.glass@klgates.com
K&L Gates, LLP
State Street Financial Center
One Lincoln Center
Boston, MA 02111-2950
Telephone: (617) 261-3100

*Attorneys for Defendant HSBC
Mortgage Services, Inc.*

 /s/ *Keith M. Kollmeyer*

Keith M. Kollmeyer
kkollmeyer@jonesday.com
Jones Day
100 High Street
Boston, MA 02110
Telephone: (617) 449-6905

Aaron P. Burns
aburns@pearcedow.com
Pearce & Dow, LLC
Two Monument Square, 9th Floor
P.O. Box  108
Portland, ME  04112-0108
Telephone:  (207) 822-9900

*Attorneys for Defendant Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2013, I electronically filed a true and accurate copy of the above document using the CM/ECF system, which will send notification of such filing(s) to all registered parties:

/s/ *Seth S. Coburn*

Seth S. Coburn
sscoburn@verrilldana.com
Verrill Dana LLP.
One Portland Square
P.O. Box 586
Portland, ME  04112-0586
Telephone:  (207) 774-4000

*Attorney for Defendant Equifax Information Services, LLC*

4539944