UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JEFF TURNER AND<br>TANYA TURNER,<br><br>        **PLAINTIFFS**<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. AND<br>HSBC MORTGAGE SERVICES,<br>INC.,<br><br>        **DEFENDANTS** | No. 1:13-CV-10-DBH |

**ORDER AFFIRMING ORDER OF MAGISTRATE JUDGE**

      The defendant HSBC Mortgage Services, Inc.'s objections to the Magistrate Judge's August 5, 2013 Order are **OVERRULED** and the decision of the Magistrate Judge is **AFFIRMED** on the basis that the rulings on the motion to seal and on the motion for discovery are neither clearly erroneous nor contrary to law.

      With respect to the motion for discovery, I observe that the issue is whether the plaintiffs should be allowed discovery before the defendant HSBC's summary judgment motion is entertained.  The ruling is proper.  Whether the defendant or the plaintiffs is/are correct on the substantive law remains to be seen.

      The defendant would have been well advised to listen to the Magistrate Judge's advice at the Rule 56(h) conference.

      **SO ORDERED.**

      DATED THIS 3RD DAY OF SEPTEMBER, 2013

                                                /S/ D. BROCK HORNBY<br>                                                **D. BROCK HORNBY**<br>                                                **UNITED STATES DISTRICT JUDGE**