# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JEFF and TANYA TURNER,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and HSBC MORTGAGE SERVICES INC.,<br><br>    Defendants. | C.A. No.: 1:13-cv-00010-DBH |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jeff and Tanya Turner ("plaintiffs"), Defendant HSBC Mortgage Services Inc. ("HSBC"), and Defendant Experian Information Solutions, Inc. ("Experian") hereby jointly stipulate and agree to the dismissal, with prejudice, of each and all of the claims alleged by plaintiffs against HSBC in the above-captioned matter. Each party shall bear his, her, or its own costs and expenses, including attorneys' fees, except as otherwise agreed by the parties, and plaintiffs hereby waive any and all rights to appeal the dismissal of their claims against HSBC.

Respectfully submitted,

| | |
|---|---|
| JEFF and TANYA TURNER, | HSBC MORTGAGE SERVICES INC., |
| By their attorneys, | By its attorneys, |
| */s/*Andrea Bopp Stark | */s/*Steven P. Wright |
| Andrea Bopp Stark | Steven P. Wright (ME BBO# 009473) |
| andrea@molleurlaw.com | steven.wright@klgates.com |
| Molleur Law Office | |
| 419 Alfred Street | */s/*Andrew C. Glass |
| Biddeford, ME 04005-3747 | Andrew C. Glass (*pro hac vice*) |
| 207-283-3777 | andrew.glass@klgates.com |
| | Roger L. Smerage (*pro hac vice*) |
| */s/* Elizabeth A. Miller | roger.smerage@klgates.com |
| Elizabeth A. Miller | |
| elizabethamiller@comcast.net | K&L GATES LLP |
| 125 Summer Street, Suite 1030 | State Street Financial Center |
| Boston, MA 02110 | One Lincoln Street |
| Telephone: (617) 478-4914 | Boston, MA 02111 |
| | 617.261.3100 |
| | |
| | EXPERIAN INFORMATION SOLUTIONS, INC., |
| | By its attorneys, |
| | */s/*Aaron P. Burns |
| | Aaron P. Burns |
| | aburns@pearcedow.com |
| | Pearce & Dow, LLC |
| | Two Monument Square, Ste. 901 |
| | Portland, ME  04112-0108 |
| | Telephone:  (207) 822-9900 |
| | |
| | */s/* Keith M. Kollmeyer |
| | Keith M. Kollmeyer |
| | kkollmeyer@jonesday.com |
| | Jones Day |
| | 100 High Street |
| | Boston, MA  02110 |
| | Telephone:  (617) 449-6905 |

Dated:  October 22, 2013

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2013, I electronically filed a true and accurate copy of the above document using the CM/ECF system, which will send notification of such filing(s) to all registered parties:

/s/ Martine Morin Boissonneault
Martine Morin Boissonneault
martine@molleurlaw.com
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777