IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**JEFF AND TANYA TURNER,**

    **Plaintiffs**

v.                                                                CA. NO. 1:13-cv-00010-DBH

**EXPERIAN INFORMATION SOLUTIONS, INC.**

**and**

**EQUIFAX INFORMATION SERVICES, LLC.**

**and**

**HSBC MORTGAGE SERVICES INC.**

    **Defendants**

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Jeff and Tanya Turner and Defendant Experian Information Solutions, Inc., hereby stipulate that the above-referenced action is dismissed with prejudice, with each party bearing its own legal fees and costs. All rights of appeal are hereby waived.

Respectfully submitted this 23rd day of October, 2013.

| | |
|---|---|
| /s/ Andrea Bopp Stark_____ | /s/Aaron P. Burns_____ |
| Andrea Bopp Stark | Aaron P. Burns |
| andrea@molleurlaw.com | aburns@pearcedow.com |
| Molleur Law Office | Pearce & Dow, LLC |
| 419 Alfred Street | Two Monument Square, Ste. 901 |
| Biddeford, ME 04005-3747 | Portland, ME 04112-0108 |
| 207-283-3777 | 207-822-9900 |

| | |
|---|---|
| */s/* Elizabeth A. Miller | */s/* Keith M. Kollmeyer |
| Elizabeth A. Miller | Keith M. Kollmeyer |
| elizabethamiller@comcast.net | kkollmeyer@jonesday.com |
| 125 Summer Street, Suite 1030 | Jones Day |
| Boston, MA 02110 | 100 High Street |
| 617-478-4914 | Boston, MA 02110 |
| | 617-449-6905 |
| *Attorneys for Plaintiffs Jeff and Tanya Turner* | *Attorneys for Defendant Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I electronically filed a true and accurate copy of the above document using the CM/ECF system, which will send notification of such filing(s) to all registered parties:

/s/ Martine Morin Boissonneault
Martine Morin Boissonneault
martine@molleurlaw.com
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777